In the United States District Court
For the District of Puerto Rico

| | |
|---|---|
| The United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Angel R. Giusti-Rosa [2],<br><br>Defendant. | Cr. No. 25-496 (SCC) |

INFORMATIVE MOTION REGARDING PENDING STATE PROCEEDINGS

TO THE HONORABLE GISELLE LOPEZ-SOLER
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW Angel R. Giusti-Rosa ("Mr. Giusti-Rosa"), represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states, alleges, and prays as follows:

Mr. Giusti-Rosa is currently facing unrelated criminal charges in the Carolina state court. On December 2, 2025, during the initial appearance, the Court ordered defense counsel to inform the status of these state proceedings. *D.E. 12*. Mr. Giusti-Rosa hereby informs that his state criminal case is set for suppression hearing on December 9-10, 2025; and for a status conference on December 11, 2025.[1] Mr. Giusti-Rosa is on out on bail in both jurisdictions and complying with all conditions of release.

---

[1] Undersigned counsel confirmed this information with the Puerto Rico's judicial court website and with Mr. Giusti-Rosa.

1

WHEREFORE, Mr. Giusti-Rosa respectfully requests this Honorable Court to NOTE this motion.

I HEREBY CERTIFY that on this date I electronically filed the present motion with the Clerk of the Court using the CM/ECF system, which will send electronic notification of said filing to all parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of December 2025.

RACHEL BRILL
Federal Public Defender
District of Puerto Rico

*S/ Edwin Mora Rolland*
Edwin A. Mora-Rolland
Assistant Federal Public Defender
USDC PR 304603
241 F.D. Roosevelt Avenue
San Juan, PR 00918
787-281-4922
Fax 787-281-4899
Edwin_mora@fd.org